UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK L. SHURTLEFF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY,<br><br>　　　　Defendant. | Civil Action No. 10-2030 (EGS) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT PURSUANT TO THE COURT'S ORDER OF SEPTEMBER 30, 2013**

Defendant, United States Environmental Protection Agency ("EPA"), by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) for an enlargement of time of two weeks to, and including, November 4, 2013, for the parties to file a joint status report pursuant to the Court's Order of September 30, 2013. In accordance with Local Civil Rule 7(m) of the Rules of the United States District Court for the District of Columbia, undersigned counsel conferred with Plaintiff's counsel, Prashant Khetan, regarding this extension motion, and Mr. Khetan stated that he would consent to and join in this request. As set forth below, there is good cause to grant this motion.

In its Order of September 30, 2013, the Court granted in part and denied in part the EPA's motion for summary judgment, denied Plaintiff's motion to supplement the record, and ordered the parties to file a joint status report with a joint recommendation for further proceedings by no later than October 21, 2013. The parties seek an extension of this deadline due to scheduling conflicts. Specifically, Plaintiff's counsel will be out of the office from October 1-12, 2013, and undersigned counsel will be out of the office on account of her wedding

and related travel from October 9-23, 2013.  Granting the parties an additional two weeks to file a joint status report will afford counsel sufficient time to confer.

There are no pending deadlines or court dates that this request for enlargement would affect.  Granting the parties additional time to, and including, November 4, 2013, to file a joint status report pursuant to the Court's Order of September 30, 2013, should cause no prejudice.

Date:  September 30, 2013                              Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ Michelle Lo
MICHELLE LO
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2541   Fax: (202) 252-2599
Michelle.Lo2@usdoj.gov

2

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MARK L. SHURTLEFF, </br></br> Plaintiff, </br></br> v. </br></br> THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 10-2030 (EGS)

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Consent Motion for Extension of Time to File Joint Status Report Pursuant to the Court's Order of September 30, 2013, and for good cause shown, it is hereby

ORDERED that Defendant's consent motion is GRANTED, and it is further

ORDERED that the parties shall have to, and including, Monday, November 4, 2013, to file a joint status report with a joint recommendation for further proceedings.

SO ORDERED.

_____                                              _____
Date                                                                              Hon. Emmet G. Sullivan
                                                                                    United States District Judge